CM/ECF volpmd
(Rev. 01/03/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Jamie W. Wren ) Case No.: 19–15032–JDW
      Debtor(s) ) Chapter: 13
) Judge: Jason D. Woodard
)
)

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

    Aty Disclosure Stmt. due 12/26/2019
    Verification of Matrix due 12/26/2019
    Chapter 13 Plan due 12/26/2019
    Summary of Schedules due 12/26/2019
    Schedule A/B due 12/26/2019
    Statement of Financial Affairs due 12/26/2019
    Schedule C due 12/26/2019
    Ch 13 – Proper 122C form(s) due 12/26/2019
    Schedule D due 12/26/2019
    Schedule E/F due 12/26/2019
    Schedule G due 12/26/2019
    Schedule H due 12/26/2019
    Schedule I due 12/26/2019
    Sch J (and J–2 If Applicable) due 12/26/2019

If the required paperwork and/or fees are not timely filed and/or paid by 12/26/19 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 12/13/19

                      Jason D. Woodard
                      Judge, U.S. Bankruptcy Court