### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 13 CASE NO.:

JAMIE W. WREN                                                                   19-15032-JDW

### LIMITED OBJECTION TO MOTION TO EXTEND DEADLINE

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, and files this Limited Objection to the Debtor's Motion to Extend Time (Dkt. #9) (the "Motion") and requests that the Motion and the Trustee's limited objection be considered on an expedited basis and in support thereof states as follows:

1. The Debtor initiated this proceeding with the filing of a Voluntary Petition on December 12, 2019.

2. To comply with Rule 2003(a), the Trustee must set the Section 341(a) meeting of creditors for January 28, 2020. To allow for proper notice of the meeting, all Schedules, Statements, Chapter 13 Plan, and any other required forms must be filed no later than January 2, 2020.

3. The Trustee has no objection to an extension of time for the required filings; however, such extension should be limited to January 2, 2020.

4. The Trustee requests that any order granting an extension be limited as set forth above and provide that the failure of the Debtor to make the timely filings will result in the dismissal of this case without further notice or hearing.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Court enter its order granting the Motion on a limited basis as set forth herein. The Trustee prays for other such general or specific relief to which she and this bankruptcy estate may be entitled.

Dated: December 27, 2019.

Respectfully submitted,

**LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE**

By: /s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: December 27, 2019.

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN