

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: JAMIE W. WREN** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO.: 19-15032-JDW** |

### ORDER TO EXTEND TIME

THIS CAUSE came on ~~for hearing on~~ Debtor's Motion to Extend Time to file necessary documents including, but not limited to required Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan , Summary of Assets and Liabilities, Schedules A, B, C, D, E, F, G, H, I, J (and J-2 if applicable), Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income  and the Court ~~being fully advised in the premises~~ does hereby find and Order as follows: (JDW)

THAT all required Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan , Summary of Assets and Liabilities, Schedules A, B, C, D, E, F, G, H, I, J (and J-2 if applicable), Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income shall be due on January ~~17~~ 2, 2020, ~~an additional fourteen (14) days from the date of this order.~~ (JDW)

#ENDOFORDER#

SUBMITTED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR